JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLO MAGNO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CARDINAL HEALTH, INC.;<br>CARDINAL HEALTH 200, LLC<br>and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendant. | Case No. 5:24-cv-00928-SSS-SPx<br><br>**ORDER GRANTING STIPULATION REGARDING AMOUNT OF DAMAGES AND REMAND TO SAN BERNARDINO SUPERIOR COURT (Doc. #10)** |

　　　On June 12, 2024, the Parties filed a Stipulation Regarding Amount of Damages and Remand to the San Bernardino County Superior Court.

　　　The Parties stipulated and requested an Order of this Court that, in recognition of Plaintiff's agreement that the amount in controversy in this matter, inclusive of any and all attorneys' fees and costs through the conclusion of the trial in this action, does not exceed $75,000, in that Plaintiff stipulates and agrees he cannot recover any amount, whether damages, restitution, disgorgement, penalties, punitive damages, attorneys' fees, costs, and other relief of any kind whatsoever, through the conclusion of a trial in this action, this matter shall be remanded to the Superior

Court of California for the County of San Bernardino with each Party to bear its own costs and attorneys' fees regarding the removal and remand.

The court, having considered the Parties' Stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

1. In recognition of Plaintiff's agreement that the amount in controversy in this matter, inclusive of any and all attorneys' fees and costs through the conclusion of the trial in this action, does not exceed $75,000, in that Plaintiff stipulates and agrees he cannot recover any amount, whether damages, restitution, disgorgement, penalties, punitive damages, attorneys' fees, costs, and other relief of any kind whatsoever, through the conclusion of a trial in this action, this matter shall be remanded to the Superior Court of California for the County of San Bernardino; and

2. Each Party shall bear its own costs and attorneys' fees regarding the removal and remand.

IT IS SO ORDERED.

Dated: June 17, 2024

_____
SUNSHINE S. SYKES
United States District Judge

4884-1736-5447, v. 1